# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re**
**ROBERT JOSEPH BROWN**
**Debtor**

**Appellant**
**STATE FARM AUTOMOBILE**
**INSURANCE COMPANY,**

          **Plaintiff,**

**-vs-**                                         Case No.  6:08-cv-1517-Orl-18DAB

**ROBERT JOSEPH BROWN**
**Debtor,**

          **Defendant.**

## ORDER

The Defendant, Robert Joseph Brown, is hereby **ORDERED** to file a response to the Emergency Motion for Stay Pending Appeal (Doc. 25) no later than 4:00 p.m. on November 10th, 2008.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 3, 2008.

                                      GREGORY A. PRESNELL
                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party